UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TRACY PINKNEY,           :
                         :
    Petitioner,          :
                         :
v.                       :     Civil Action No. 08 0066
                         :
D.L. STINE,              :
                         :
    Respondent.          :

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the application to proceed *in forma pauperis* is GRANTED, and the petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/ Reggie B. Walton
United States District Judge

Date: December 10, 2007