UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Tracy Pinkney,                              )
                                            )
          Petitioner,                )
                                            )
    v.                                    )     Civil Action No.  08-66
                                            )
D.L. Stine,                                 )
                                            )
          Respondent.                )


## ORDER

Petitioner moves for issuance of a certificate of appealability based on previously considered arguments.  For the reasons stated in the memorandum opinion supporting the order from which petitioner appeals, the Court finds that petitioner has not "made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The Court therefore finds no basis for issuing a certificate of appealability.  Accordingly, it is

ORDERED that petitioner's motion for a certificate of appealability [Dkt. No. 10] is DENIED.

SO ORDERED.

Royce C. Lamberth
United States District Judge

April __11__, 2008

12